UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IOSIF TAMAS,

    Plaintiff,

v.

KING COUNTY SUPERIOR COURT,

    Defendant.

CASE NO. C05-0391-JLR

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* is DENIED and this matter is DISMISSED; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 13th day of May, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL